Slip Op. 07- 81

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ROCKWELL AUTOMATION, INC. f/k/a ROCKWELL AUTOMATION/ ALLEN-BRADLEY CO., LLC, | : : : : |
| Plaintiff, | : : |
| v. | : Before: Richard K. Eaton, Judge : |
| UNITED STATES, | : Court No. 03-00007 : |
| Defendant. | : : |

## JUDGMENT

Upon consideration of the parties' response to the court's Opinion and Order of May 7, 2007 (Slip Op. 07-67), it is hereby

ORDERED that the subject merchandise identified on the commercial invoices as "short body timer" model numbers 700-HR52TA17B; 700-HR52TU24B; 700-HRC12TA17B; 700-HRC12TU24B; 700-HRM12TU24B and 700-HRM12TA17B is classified under Harmonized Tariff Schedule of the United States ("HTSUS") subheading 8536.49.00; and it is further

ORDERED that the U.S. Customs and Border Protection shall re-liquidate the subject entries reflecting that the above-listed short body timers be classified under HTSUS subheading 8536.49.00 and pay refunds to plaintiff, together with interest as provided by law.

/S/     Richard K. Eaton
                                                    Judge

Dated:     May 22, 2007
           New York, New York